**Opinion issued April 28, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00259-CV

———————————

## IN RE FALILU OJUGBELE, INDIVIDUALLY AND AS NEXT FRIEND OF A.O., F.O., AND F.O., MINORS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Falilu Ojugbele, individually and as next friend of A.O., F.O., and F.O., minors, has filed a petition for a writ of mandamus, challenging the trial court's order denying his motion for summary judgment.[1]

---

[1]  The underlying case is *Falilu Ojugbele, individually and as next friend of A.O., a minor, F.O., a minor, and F.O., a minor v. Faithland Healthcare & Rehab Inc. aka Advanced Medical and Rehab Center*, Cause No. 19-DCV-263455, pending in the 240th District Court of Fort Bend County, Texas, the Honorable Frank J. Fraley presiding.

Relator has an adequate remedy by appeal.  *See In re State Farm Lloyds*, No. 13-16-00049-CV, 2016 WL 902864, at \*3 (Tex. App.—Corpus Christi Mar. 9, 2016, orig. proceeding) (mem. op.) ("Deferring review of the trial court's order denying summary judgment until after the rendition of a final judgment in this case will not skew the proceedings, potentially affect the outcome of the litigation, or compromise the presentation of relator's defense in ways unlikely to be apparent in the appellate record.") (citing *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 136 (Tex. 2004) (orig. proceeding)).  Mandamus relief, therefore, is not appropriate.

The petition for writ of mandamus is denied.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.